IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  2016-cv-1900-RBJ

EVANSTON INSURANCE COMPANY,

    Plaintiff,

v.

NUTRITIONAL ELEMENTS, INC., d/b/a THE HEALTH CENTER; and
WAYNE KOHNKE, MARTI KOHNKE and TAMARA HEMAN, in their capacity as legal guardians for A.K., C.K. and E.K.,

    Defendants,

NUTRITIONAL ELEMENTS, INC., d/b/a THE HEALTH CENTER,

    Third-Party Plaintiff,

v.

KUFFEL, EGGERT, COLLIMORE & CO. d/b/a KUFFEL, COLLIMORE & COMPANY,

    Third-Party Defendants.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

COME NOW the parties hereto, by and through their respective undersigned counsel of record, and stipulate that they have resolved the disputes between them and that this matter can and should be dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 22nd day of February, 2016.

| Respectfully submitted,<br><br>COZEN O'CONNOR<br><br><br>By: *s/Christopher S. Clemenson*<br>     Christopher S. Clemenson (#34423)<br>     Cozen O'Connor<br>     707 – 17th Street, Suite 3100<br>     Denver, CO 80202<br>     Telephone: (720) 479-3900<br>     E-mail: cclemenson@cozen.com<br><br>*Attorneys for Plaintiff Evanston Insurance Company* | Respectfully submitted,<br><br>HUSCH BLACKWELL LLP<br><br><br>By: *s/Jamie H. Steiner*<br>     Jeffrey D. Whitney<br>     Jamie H. Steiner<br>     1700 Lincoln St., Suite 4700<br>     Denver, CO 80203<br>     Telephone: (303) 749-7200<br>     E-mail:<br>     jeffrey.whitney@huschblackwell.com<br>     jamie.steiner@huschblackwell.com<br><br>*Attorneys for Defendant/Third-Party Plaintiff Nutritional Elements, Inc.* |
| --- | --- |
| Respectfully submitted,<br><br>THE GOLD LAW FIRM<br><br><br>By: *s/Dorothy H. Dean*<br>     Dorothy H. Dean (#13292)<br>     The Gold Law Firm, LLC<br>     7375 East Orchard Road, Suite 300<br>     Greenwood Village, CO 80111<br>     Telephone: (303) 694-4653<br>     E-mail: Dorothy@TheGoldLawFirm.net<br><br>*Attorneys for Defendants Wayne Kohnke, Marti Kohnke and Tamara Heman, in their capacity as legal guardians for A.K., C.K. and E.K.* | Respectfully submitted,<br><br>HALL & EVANS, LLC<br><br><br>By: *s/Adam B. Wiens*<br>     Hall & Evans, LLC<br>     1001 Seventeenth Street, Suite 300<br>     Denver, CO 80202<br>     Telephone: (303) 628-3332<br>     wiensa@hallevans.com<br><br>*Attorneys for Third-Party Defendant Kuffel, Eggert, Collimore & Co.* |

## CERTIFICATE OF SERVICE

  I hereby certify that on February 22, 2016, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Gregory A. Gold (greg@thegoldlawfirm.net)
  Dorothy H. Dean (dorothy@thegoldlawfirm.net)
  Michael J. Rosenberg (mike@thegoldlawfirm.net)
  David Olivas (olivas@silvermanolivas.com)
  Jeffrey D. Whitney (Jeff.whitney@huschblackwell.com)
  Jamie H. Steiner (Jamie.steiner@huschblackwell.com)
  Adam B. Wiens (wiensa@hallevans.com)[1]

               *s/ Christopher S. Clemenson*
               Christopher S. Clemenson (#34423)

LEGAL\29480533\1

---

[1] Mr. Wiens accepted service for Third-Party Defendant Kuffel, Eggert, Collimore & Co. and has indicated he is their counsel. It is unclear whether his appearance will be entered by virtue of this Stipulation, so in an abundance of caution, Mr. Wiens will be e-mailed a copy of the filing by counsel for Plaintiff.